# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY, KANSAS

| | |
|---|---|
| ARMOUR D. STEPHENSON, III, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | No. 2:07-cv-02494-JWL-DJW |
| HONEYWELL INTERNATIONAL, INC. ) | |
| and ) | |
| GOODRICH PUMP & ENGINE ) | |
| CONTROL SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING SETTLEMENT

Now on this 28th day of May, 2009, this matter comes before the Court on plaintiffs' Application for Approval of Wrongful Death Settlement.

Plaintiffs and defendant Goodrich Pump & Engine Control Systems, Inc. ("GPECS") announce a settlement in the amount One hundred twelve thousand five hundred dollars ($112,500) for each decedent, which defendant GPECS proposes to pay to the plaintiffs on behalf of all persons entitled to share in the proceeds as a result of the alleged wrongful deaths of Armour D. Stephenson, Jr. and Shirley Stephenson.

Plaintiffs and defendant GPECS waive trial by jury and submit all issues in the Application for Approval of Wrongful Death Settlement to the Court for determination. Upon due consideration thereof, and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED that:

1. Decedents Armour D. Stephenson, Jr. is survived by his son, Armour D. Stephenson, III, his son, Patrick G. Stephenson, his daughter, Gia A. Stephenson, and

his son, Michael D. Rahn. Shirley Stephenson is survived by her son, Armour D. Stephenson, III, her son, Patrick G. Stephenson, and her daughter, Gia A. Stephenson. Armour D. Stephenson, III, Patrick G. Stephenson, Gia A. Stephenson and Michael D. Rahn are the proper parties to seek recovery for the alleged wrongful deaths of Armour D. Stephenson, Jr. and Shirley Stephenson under K.S.A. §60-1902 and to bring this action on behalf of all persons who may be entitled to sue and recover damages for the deaths of Armour D. Stephenson, Jr. and Shirley Stephenson. The Court further finds that Armour D. Stephenson, III, Patrick G. Stephenson, Gia A. Stephenson and Michael D. Rahn are entitled to share in the settlement proceeds. The Court further finds that there are no other persons with a potential claim to the proceeds under K.S.A. §60-1902. The Court further finds that there are no other persons entitled or claiming to be entitled to make a claim for the alleged wrongful death of decedents Armour D. Stephenson, Jr. and Shirley Stephenson and that are entitled to notice as provided under K.S.A. §60-1905.

2. The proposed settlement with defendant GPECS in the amount of $225,000 for the alleged wrongful deaths of Armour D. Stephenson, Jr. and Shirley Stephenson is hereby approved and Armour D. Stephenson, III, Patrick G. Stephenson, Gia A. Stephenson and Michael D. Rahn shall collect the approved settlement amount and each execute the Full and Final Release.

3. The Court approves the agreement between plaintiffs and their counsel that counsel for plaintiffs be paid the following sums out of the settlement proceeds, and that such sums are reasonable attorneys' fees:

Monsees, Miller, Mayer, Presley & Amick, PC   $15,278.50

Hubbard & Kurtz. L.L.P.        $15.278.50

**Said fee deferred contingent upon future recoveries.**

4.   The Court approves the following distribution of the net proceeds:

<u>Shirley Stephenson</u>

| | |
|---|---|
| Armour Stephenson, III | $15,278.51 |
| Patrick Stephenson | $15,278.50 |
| Gia Stephenson | $15,278.50 |
| MMMPA (case reimbursement) | $66,664.49 |

<u>Armour Stephenson, Jr.</u>

| | |
|---|---|
| Armour Stephenson, III | $11,458.87 |
| Patrick Stephenson | $11,458.88 |
| Gia Stephenson | $11,458.88 |
| Michael Rahn | $11,458.88 |
| MMMPA (case reimbursement) | $66,664.49 |

5.   It is further ordered that all claims against defendant GPECS in the above-captioned case are dismissed with prejudice, with each party to pay their own costs.

6.   All claims and causes of action against Defendant Honeywell International, Inc. are specifically preserved and remain pending.

IT IS SO ORDERED.

Dated this 28th day of <u>May</u>, 2009.

<u>s/ John W. Lungstrum</u>
Honorable John W. Lungstrum
United States District Court Judge